**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GREAT LAKES TRANSPORTATION HOLDING, LLC,

    Plaintiff,

v.                                                   Case No. 09-14854

DTW TAXI, and JAE BLUE,

    Defendants.
                                        /

**ORDER HOLDING DEFENDANT JAE BLUE IN CONTEMPT, DIRECTING DEFENDANT BLUE TO FILE A REPORT OF COMPLIANCE, AND DIRECTING PLAINTIFF'S COUNSEL TO FILE A BILL OF COSTS**

On January 22, 2010, pursuant to the parties' stipulation, the court issued a Permanent Injunction. On April 1, 2010, Plaintiff Great Lakes Transportation Holding, LLC filed a motion for contempt, alleging that Defendants DTW Taxi and Jae Blue have not complied with the Permanent Injunction. Based on Plaintiff's uncontested showing, the court concluded that Plaintiff had "made out a prima facie case by clear and convincing evidence that Defendants have disregarded the Permanent Injunction." (4/23/10 Order at 6.) The court therefore ordered Defendants to show cause why they should not be held in contempt. (*Id.*)

The court conducted a hearing on this matter on May 13, 2010. At the hearing, the court found Defendant Blue in contempt of court for failing to abide by the Permanent Injunction.

As part of the Permanent Injunction, Defendant Blue agreed to "file with this Court, and serve on Plaintiff within (30) days from the date of entry of this order, a written report under oath setting forth in detail the manner and form in which Defendants

have complied with this Order." (1/22/10 Permanent Injunction at 3.) To date, Defendant Blue has not filed this report. The court therefore ordered Defendant Blue to file on the court's docket, on or before **May 20, 2010**, the written report that was required by the Permanent Injunction. The report shall be filed under oath and shall detail precisely what he has done to come into compliance with the Permanent Injunction.

The court also directed Plaintiff's counsel, Jill M. Wheaton, to file a bill of costs with the court representing the reasonable attorney's fees that have been incurred in seeking to enforce the Permanent Injunction. These fees were expended in order to enforce what Defendant Blue agreed to in the first instance. Thus, Defendant Blue will be responsible for paying some portion of these fees, as determined by the court. Defendant Blue should be aware that failure to comply with the court's orders may lead to additional sanctions, including fines and incarceration.

IT IS ORDERED that Defendant Jae Blue is in CONTEMPT. Defendant Blue shall file, on or before **May 20, 2010**, a written report under oath setting forth in detail the manner and form of his compliance with the Permanent Injunction.

Plaintiff's Counsel, Jill M. Wheaton, is DIRECTED to file, on or before **May 20, 2010**, a bill of costs representing the reasonable attorney's fees that have been incurred in seeking to enforce the Permanent Injunction.

    s/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DISTRICT JUDGE

Dated: May 14, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 14, 2010, by electronic and/or ordinary mail.

                                                   s/Lisa G. Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522